IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY SANTE BOTHWELL, JR.                                                                PLAINTIFF

v.                               Civil No. 4:24-cv-04116-CDC

SHERIFF JEFF BLACK;
JAIL ADMINISTRATOR RAMI COX;
OFFICER JAMES WILLIAMS;
JESSICA WISE; and JENNA A.                                                                 DEFENDANTS

## SERVICE ORDER

The Court filed Plaintiff's original *pro se* Complaint and Motion for Leave to Proceed *in forma pauperi*s ("IFP") on November 6, 2024. (ECF Nos. 1-2). The Court granted Plaintiff IFP status on the same day. (ECF No. 3). Plaintiff then filed a First Amended Complaint on November 19, 2024. (ECF No. 6). After review of Plaintiff's Amended Complaint, the Court entered an Order severing Plaintiff's Amended Complaint into two separate cases. (ECF No. 8). Plaintiff was directed to file a Second Amended Complaint in this case including only his claims regarding the altercation which occurred on October 3, 2024 and all other claims in the separate case newly created by the Severance Order. *Id*. Plaintiff failed to respond to the Severance Order and the Court entered an Order to Show Cause. (ECF No. 10). Plaintiff then filed his Second Amended Complaint in response to the Severance Order on January 13, 2025. (ECF No. 11). However, the Second Amended Complaint did not properly limit Plaintiff's claims only to those related to his October 3, 2024 allegations as directed in the Severance Order. *Id.* Accordingly, the Court again ordered Plaintiff to file an amended complaint in compliance with the Severance Order. (ECF No. 13). Plaintiff again failed to respond necessitating a second Order to Show Cause. (ECF No. 14).

1

Finally, on March 20, 2025, Plaintiff filed his Third Amended Complaint containing only claims related to the alleged altercation on October 3, 2024.  (ECF No. 18).

Having granted Plaintiff IFP status, the Court hereby directs the United States Marshal to serve Defendants Sheriff Jeff Black, Jail Administrator Rami Cox, Officer James William, Jessica Wise, and Jenna A.  Defendants should be served with the Third Amended Complaint.  (ECF No. 18).  Defendants may all be served at the Lafayette County Detention Center, 5 Courthouse Square, Lewisville, AR 71845.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with the Defendant's last known address and phone number.  This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

IT IS SO ORDERED this 3rd day of April 2025.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE